

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00102-CV

**GONZALES NURSING OPERATIONS, LLC** f/d/b/a Texas Nursing & Rehab of Gonzales,
Appellants

v.

Alta Mae **SMITH,** Rosie L. Smith, ALton Allen Jr., A.B. Allen David L. Allen, Melvin L.
Allen, Individually on behalf of the Estate of Nannie B. Allen, Deceased,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14718
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant seeks to appeal an order denying a plea to the jurisdiction. The clerk's record, however, does not contain a written order disposing of the plea to the jurisdiction. We lack jurisdiction to consider an interlocutory appeal authorized by statute when the trial court has not signed a written order. *Archer v. Tunnell*, No. 05-15-00459-CV, 2016 WL 519632, at *3 (Tex. App.—Dallas Feb. 9, 2016, no pet.) (mem. op.) (citing TEX. R. APP. P. 26.1(b)).

It is therefore ORDERED that appellant show cause in writing within fifteen (15) days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. The briefing schedule is suspended pending our determination of whether we have jurisdiction over this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court